STATE of Missouri,
Plaintiff/Respondent,

v.

Harold THURSTON,
Defendant/Appellant.

No. 59142.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 20, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 23, 1991.

Application to Transfer Denied
Nov. 19, 1991.

---

Kenneth A. Seufert, Farmington, for defendant, appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

### ORDER

PER CURIAM.

Defendant was convicted by a jury of armed robbery in the first degree, armed criminal action, and assault in the second degree. He appeals; we affirm. The judgments are based upon findings of facts that are not clearly erroneous and no error of law appears. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).